MAYER BROWN LLP
CARMINE ZARLENGA
czarlenga@mayerbrown.com
1999 K Street, N.W.
Washington, D.C. 20006-1101
Telephone: (202) 263-3000
Facsimile: (202) 263-3300

DALE J. GIALI (SBN 150382)
dgiali@mayerbrown.com
KERI E. BORDERS (SBN 194015)
kborders@mayerbrown.com
350 South Grand Avenue, 25th Floor
Los Angeles, CA 90071-1503
Telephone:    (213) 229-9500
Facsimile:    (213) 625-0248

Attorneys for Defendants
NESTLÉ USA, INC.,
SAVE MART SUPERMARKETS,
and THE KROGER COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK BEASLEY, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>LUCKY STORES, INC., NESTLÉ USA, INC., SAVE MART SUPER MARKETS, THE KROGER COMPANY, and THE SAVE MART COMPANIES, INC.,<br><br>Defendants. | Case No. 4:18-cv-07144-HSG<br><br>Honorable Haywood S. Gilliam, Jr.<br><br>**STIPULATION AND ORDER:**<br>**1. EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT; AND**<br>**2. SETTING BRIEFING SCHEDULE ON ANTICIPATED MOTION TO REMAND**<br><br>[*Declaration of Dale J. Giali and [Proposed] Order filed concurrently herewith*]<br><br>Complaint Filed: October 29, 2018 |

Pursuant to Civil Local Rules 6-2 and 7-12, plaintiff Mark Beasley ("plaintiff") and defendants Save Mart Supermarkets, Nestlé USA, Inc., and The Kroger Company ("defendants"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on October 29, 2018, plaintiff filed his initial complaint in this action in the Superior Court for County of San Francisco, Case No. CGC-18-570953;

WHEREAS, on November 26, 2018, defendants removed this case from the Superior Court for County of San Francisco;

WHEREAS, on November 30, 2018, and without obtaining an extension of time to respond, defendants filed a motion to dismiss and a motion to strike in response to plaintiff's initial complaint. ECF Nos. 14, 16;

WHEREAS, on December 14, 2018, instead of responding to defendants' motions, plaintiff filed a notice stating that he would elect to amend the complaint within the time allotted by the Federal Rules. ECF No. 18;

WHEREAS, pursuant to Fed. R. Civ. P. 15(a)(1), plaintiff has until and including December 21, 2018 to file his amended complaint;

WHEREAS, plaintiff has stated that he intends to file a motion for remand;

WHEREAS, the parties have conferred and agree that it is in the interest of judicial economy to postpone any anticipated response to the amended complaint until after the motion for remand is decided;

WHEREAS, defendants will have just two weeks to review, analyze, and respond to plaintiff's motion for remand. This two-week period will span multiple holidays, and will include time during which both defendants and its attorneys have planned office closures;

WHEREAS, so as to provide sufficient time to consider and assess the motion for remand, and to accommodate defendants' and their counsels' schedules during the holiday period, defendants have requested, and plaintiff has consented, to extend the briefing schedule on the motion for remand;

WHEREAS, this extension of time to answer or otherwise respond to the first amended complaint, and the extension of time on the briefing schedule for the motion for remand, will not alter the date of any event or deadline already fixed by Court order;

WHEREAS, the parties agree that neither will be prejudiced by the agreed-upon extension or briefing schedule, nor will this litigation be unreasonably delayed;

WHEREAS, this is the first time modification to a date set by the Court or by the Federal Rules of Civil Procedure has been sought by the parties in this matter;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that:

1. Defendants will have until fourteen (14) days after an order is issued by the Court on the motion for remand to respond to plaintiff's amended complaint;

2. Defendant's opposition to plaintiff's motion for remand will be due no later than January 16, 2019; and

3. Plaintiff's reply in support of his motion for remand will be due no later than January 30, 2019.

Dated: December 17, 2018

MAYER BROWN LLP
Carmine R. Zarlenga
Dale J. Giali
Keri E. Borders

By: */s/ Dale J. Giali*
     Dale J. Giali
Attorneys for Defendants
NESTLE USA, INC.,
SAVE MART SUPERMARKETS,
and THE KROGER COMPANY

Dated: December 17, 2018

THE WESTON FIRM
Gregory S. Weston
Andrew C. Hamilton

By: /s/ Gregory S. Weston
    Gregory S. Weston
Attorneys for Plaintiff
MARK BEASLEY

**ATTESTATION**

I, Dale J. Giali, hereby attest, pursuant to Civil Local Rule 5-1(i)(3), that concurrence in the filing of this document has been obtained from each signatory.

By: /s/ Dale J. Giali
    Dale J. Giali

## ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED** that:

1. Defendants shall have until fourteen (14) days after the motion for remand is decided to file their response to plaintiff's amended complaint;

2. Defendants shall have until January 16, 2019 to file their opposition to plaintiff's motion for remand; and

3. Plaintiff shall have until January 30, 2019 to file his reply in support of his motion for remand.

Dated: December 18, 2018

*Haywood S. Gilliam Jr.*

HON. HAYWOOD S. GILLIAM, JR.
United States District Judge