UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** January 31, 2020 | **Time:** 10:50 - 11:26 = 36 minutes | **Judge:** MAXINE M. CHESNEY |
|---|---|---|
| **Case No.**: 18-cv-07144-MMC | **Case Name:** Mark Beasley v. Lucky Stores, Inc. | |

**Attorney for Plaintiff:** Gregory Weston
**Attorney for Defendant:** Keri Borders

**Deputy Clerk:** Tracy Geiger          Not Reported or Recorded

### PROCEEDINGS

**Initial Case Management Conference – held telephonically.**

**Briefing schedule set for Defendant's Motion for Summary Judgment re: Statute of Limitation Issue:**

**Filing Deadline: March 20, 2020**

**Opposition Deadline: April 3, 2020**

**Reply Deadline: April 10, 2020**

**Hearing: April 24, 2020 at 9:00 AM**

**Counsel may request, if necessary, an extension of the briefing schedule.**

**Case Continued to: June 19, 2020 at 10:30 AM for Further Case Management Conference**

**Joint case management conference statement due on or before June 12, 2020.**