**MAYER BROWN LLP**
Carmine R. Zarlenga (D.C. Bar No. 386244)
*czarlenga@mayerbrown.com*
1999 K Street, N.W.
Washington, DC 20006-1101
Telephone: (202) 263-3000
Facsimile: (202) 263-3300

Dale J. Giali (SBN 150382)
*dgiali@mayerbrown.com*
Keri E. Borders (SBN 194015)
*kborders@mayerbrown.com*
350 South Grand Avenue, 25th Floor
Los Angeles, CA 90071-1503
Telephone: (213) 229-9500
Facsimile: (213) 625-0248

**Counsel for Defendants**

**THE WESTON FIRM**
GREGORY S. WESTON (239944)
*greg@westonfirm.com*
1405 Morena Blvd., Suite 201
San Diego, CA 92110
Telephone:     (619) 798-2006
Facsimile:     (619) 343-2789

**Counsel for Plaintiff**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK BEASLEY, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LUCKY STORES, INC., NESTLE USA, INC., SAVE MART COMPANIES, INC., SAVE MART SUPER MARKETS, and THE KROGER COMPANY<br><br>Defendants. | Case No: 3:18-cv-7144-MMC<br>Pleading Type: Class Action<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Judge: The Honorable Maxine Chesney<br><br>Second Amended Complaint Filed: October 4, 2019 |

*Beasley v. Lucky Stores, Inc. et al.*, Case No: 3:18-cv-7144-MMC
JOINT STIPULATION OF DISMISSAL OF ACTION

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate to dismiss this action with prejudice with each side bearing its own fees and costs.

Dated: September 30, 2020    On behalf of Mark Beasley:

/s/ Gregory S. Weston
Gregory S. Weston
**THE WESTON FIRM**

**Counsel for Plaintiff**

On behalf of Defendants:

/s/ Dale Giali
Dale Giali
**MAYER BROWN LLP**

**Counsel for Defendants**